IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JACQUELYN TYREE, et al. [West Virginia – Obtryx],

Plaintiffs,

v.                              CIVIL ACTION NO. 2:12-cv-08633

BOSTON SCIENTIFIC CORPORATION,

Defendant.

FILED
NOV 20 2014
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## WITNESS LIST

| Date | Plf't No. | Witness | Date | Def't No. | Witness |
|---|---|---|---|---|---|
| 11/03/14 | 1 | Evan Brasington (video) | 11/12/14 | 1 | Patrick Culligan |
| 11/03/14 | 2 | Charles Smith (video) | 11/13/14 | 2 | Kelley Dopson |
| 11/03/14 | 3 | Peggy Pence | 11/13/14 | 3 | Michael Lassere (video) |
| 11/03/14 | 4 | Rob Miragliuolo (video) | 11/14/14 | 4 | Bernard Luby |
| 11/04/14 | 5 | Bruce Rosenzweig | 11/14/14 | 5 | Subhash Bhanot |
| 11/04/14 | 6 | Alex Robbins | 11/14/14 | 6 | Thopsie Jagannath (video) |
| 11/05/14 | 7 | Jimmy Mays | 11/17/14 | 7 | Jim Goddard |
| 11/05/14 | 8 | Doreen Rao | 11/17/14 | 8 | Frank Zakrzewski (video) |
| 11/05/14 | 9 | Jacquelyn Tyree | 11/17/14 | 9 | Stephen Spiegelberg |
| 11/05/15 | 10 | Chris Wilson | 11/17/14 | 10 | Janice Connor |
| 11/10/15 | 11 | Christopher Walker | 11/18/14 | 11 | Robert Stanley (video) |
| 11/10/15 | 12 | Bernard Luby (video) | 11/18/14 | 12 | Susan Capelle (video) |
| 11/10/15 | 13 | Subhash Bhanot (video) | 11/18/14 | 13 | Lonny Green |
| 11/10/14 | 14 | Michael Lassere (video) | | | |
| 11/10/14 | 15 | Carol Campbell | | | |
| 11/12/14 | 16 | Michael Thomas Margolis (video) | | | |
| 11/12/14 | 17 | Jeanie Blankenship | | | |